## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA　　　　:
by and for the use of TECHNIQUEX　　:
SPECIALTY FLOORING, INC.,　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　:　　3:21-CV-00286
　　　　　　　　　　　　　　　　　　　:　　(JUDGE MARIANI)
PHILADELPHIA INDEMNITY　　　　　　　:
INSURANCE COMPANY,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant.　　　　　　　　　:

## ORDER

AND NOW, THIS _____ DAY OF MAY 2022, for the reasons set forth in this

Court's accompanying Memorandum Opinion and upon consideration of Defendant

Philadelphia Indemnity Insurance Company's Motion to Dismiss (Doc. 9) and all relevant

filings, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss (Doc. 9) is **DENIED**.



Robert D. Mariani
United States District Judge