## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA :     No. 3:21cv286  
by and for the use of TECHNIQUEX :  
SPECIALTY FLOORING, INC., :     (Judge Munley)  
                Plaintiff :  
          :  
          v. :  
          :  
PHILADELPHIA INDEMNITY :  
INSURANCE COMPANY, :  
                Defendant :

## ORDER

**AND NOW**, to wit, this 22nd day of October 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Philadelphia Indemnity Insurance Company's motion for summary judgment (Doc. 40) is **GRANTED** in part and **DENIED** in part;

2) This motion for summary judgment is **GRANTED** regarding the portion of Plaintiff's Miller Act claim arising out of labor and material furnished to Benaka, Inc. through July 31, 2017; and

3) The motion for summary judgment is otherwise **DENIED** for the portion of Plaintiff's claim for any retentions, pending modifications and changes, or items furnished to Benaka, Inc. after July 31, 2017.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court